■ THE PEOPLE OF THE STATE OF NEW YORK v STANLEY BARCLAY.—Application in the nature of a writ of error coram nobis, and for other related relief, denied. *(See, People v De La Hoz, 131 AD2d 154.)* Concur—Kupferman, J. P., Sandler, Carro and Milonas, JJ.

■ In the Matter of DOUGLAS DONALD MENAGH, for Reinstatement to the Bar of the State of New York.—Motion granted, and respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective December 8, 1987. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Wallach, JJ.